IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SENAJID OMEROVIC,

    Plaintiff,

  vs.

AMAZON.COM SERVICES LLC,

    Defendant.

4:25CV3142

MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On March 30, 2026, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for his failure to file suit within 90 days of receipt of a right-to-sue notice from the EEOC. Filing No. 6. The Court warned Plaintiff that failure to respond to the Court's order to show cause would result in dismissal of this matter. To date, Plaintiff has not responded to the Court's order or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 4th day of May, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge